1  **KEVIN and LYNDI MARCHESE**
   **[Kevin Marchese,** State Bar No. 148931]
2  1327 Muscat Circle
   Roseville, California 95747
3  Telephone: (916) 773-8137
   Fax: (916) 774-0285
4  Email: gtech_monster@yahoo.com

5  Plaintiffs Parents/Pro Se, and as
   Guardian ad Litem for Minor Plaintiff, Grayson M.
6  Kevin Marchese, Attorney for Grayson M.

7

8            **IN AND FOR THE UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11  G. M., a minor, by and through his            )    CASE NO. 2:10-cv-00944 GEB
    Guardian ad Litem, KEVIN MARCHESE,           )            GGH
12  an individual, and LYNDI MARCHESE,           )    AMENDED
    an individual,                               )    EX-PARTE MOTION TO
13                                               )    APPOINT PARENTS AS
                Plaintiffs,                      )    GUARDIANS AD LITEM OF
14                                               )    MINOR CHILD, AND FOR
    vs.                                          )    PLAINTIFFS IN PRO SE TO
15                                               )    BE ALLOWED TO FILE
    DRYCREEK JOINT ELEMENTARY                    )    ELECTRONICALLY;
16  SCHOOL DISTRICT; CALIFORNIA                  )    [PROPOSED] ORDER
    DEPARTMENT OF EDUCATION; and                 )
17  JACK O'CONNELL, in his official capacity     )
    as STATE SUPERINTENDENT OF                   )
18  PUBLIC INSTRUCTION FOR THE                   )
    STATE OF CALIFORNIA,                         )
19                                               )
                Defendants.                      )
20  _____ )

21

22        Kevin and Lyndi Marchese, Parents of minor and applicants herein, make request

23  to the Court to be appointed as the Guardians as Litem for their minor son, G. M.  G. M.

24  is a minor, date of birth 4/24/1996, and has causes of action against Defendants on which

25  suit is brought for De-Novo/Review of Administrative Due Process (14 U.S.C. § 1400, et

26  seq.) And Section 504 of the Rehabilitation Act of 1973.

27        The appointment of the Guardians ad Litem is necessary because G. M. has been

28  aggrieved by the administrative hearing process, along with his Parents, and is the

1  aggrieved party of other claims and causes whose interests must be advanced pursuant to

2  F.R.C.P. 38, and Local Rule 200.

3        Parents/applicants further request that they be allowed to participate in the

4  CM/ECF system and file documents electronically during the pendency of this action.

5  Parents are Pro Se litigants who have brought action individually and on behalf of their

6  minor child for IDEA due process and Section 504/Rehabilitation Act 1973 claims, which

7  claims parents are permitted to bring actions in their own right and on behalf of their

8  child.  Parents operate as a team with respect to this due process de-novo/review and

9  claims.  Father of minor is a attorney licensed to practice in this Court (SBN 148931), and

10 will represent minor as attorney of record pursuant to J.R. v. Sylvan Union School

11 District, 2008 U.S. Dist. Lexis 18168 (Eastern Dist. Calif., March 10, 2008).

12

13 Dated: May 19, 2010               Respectfully submitted,

14                                           /s/ Kevin Marchese

                                        KEVIN MARCHESE

15

16                                           /s/ Lyndi Marchese

                                        LYNDI MARCHESE

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Plaintiffs Kevin Marchese and Lyndi Marchese seek to be appointed as Guardians ad Litem for their son, Plaintiff G. M. **Plaintiffs Kevin Marchese and Lyndi Marchese continue to disregard Federal Rule of Civil Procedure 5.2(a)(3) and Local Rule 140(a)(i), which require that only a minor plaintiff's initials be used in any electronic or paper filing**. These Plaintiffs also disregarded he Order filed on May 7, 2010in which they were told": All future filings in this case shall comply with these rules. The caption of this case is amended as reflected above, by only referring to the minor by his initials." Plaintiffs Kevin Marchese and Lyndi Marchese are warned that failure to comply with a court order could result in a filing being stricken, and/ or sanctions.

IT IS HEREBY ORDERED that Kevin and Lyndi Marchese are appointed as Guardian ad Litem for G. M.

FURTHER Kevin Marchese, represents that he is admitted to practice before this Court, and states he is attorney of record for minor G.M.

Lastly, the Clerk of Court shall use the initials G.M. for the minor on the civil docket and shall discontinue using the minor's first name. See Federal Rule of Civil Procedure 5.2(a)(3) and Local Rule 140(a)(i).

Dated:  May 19, 2010

GARLAND E. BURRELL, JR.
United States District Judge