IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., a minor, by and through his Guardian ad Litem, KEVIN MARCHESE, an individual, and LYNDI MARCHESE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DRYCREEK JOINT ELEMENTARY SCHOOL DISTRICT; CALIFORNIA DEPARTMENT OF EDUCATION; and JACK O'CONNELL, in his official capacity as STATE SUPERINTENDENT OF PUBLIC INSTRUCTION FOR THE STATE OF CALIFORNIA,<br><br>Defendants. | 2:10-cv-00944-GEB-GGH<br><br>ORDER |

On November 3, 2010, the undersigned judge was made aware that Deborah Blair Porter wrote the judge a letter concerning this case, which is dated October 29, 2010.  Such communications are tantamount to filing unauthorized documents in this case.  Ms. Porter is not a party and does not have leave of court to file documents in this case, or to otherwise attempt to communicate with the judge about the case. Leave has to be duly sought and granted before a non party is authorized to file a document or otherwise communicate with the judge.  Therefore, the Clerk of the Court shall return the enclosed correspondence to Ms. Porter.

Dated: November 4, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1