IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
G.M., a minor, by and through    )
his Guardian ad Litem; KEVIN     )   2:10-cv-00944-GEB-GGH
MARCHESE, an individual; and     )
LYNDI MARCHESE, an individual,   )
                                 )   ORDER DENYING MOTION TO FILE
              Plaintiffs,        )   AMICUS POINTS AND AUTHORITIES
                                 )
         v.                      )
                                 )
DRYCREEK JOINT ELEMENTARY SCHOOL )
DISTRICT,                        )
                                 )
              Defendant.*        )
_____)
```

On December 2, 2010, Plaintiff filed a motion to permit a non-party "to file Amicus points and authorities on the issue of the 1983 claims applicable to the Defendant's [sic] Motion to Dismiss the same presently under consideration by the court, as heard on 25 October 2010." The Court granted Defendants' Motion to Dismiss in an order filed January 3, 2011. Therefore, the motion to file amicus points and authorities is DENIED as moot.

Dated: January 4, 2011

                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

---

    *    The caption in this case has been amended to reflect the Court's Order Granting the Motion to Dismiss brought by Defendants the California Department of Education and Jack O'Connell, State Superintendent of Public Instruction for the State of California.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28